1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ENTERTAINMENT BY J & J, INC., | ) | CASE NO. CV-03-2286-HLH (RZx) |
|---|---|---|
| Plaintiff, | ) ) ) | RENEWAL OF DEFAULT JUDGMENT |
| vs. | ) | BY CLERK |
| ALEX THOMAS LOYA, individually and dba 3ALARM PIZZA DEPT., | ) ) ) ) | |
| Defendant. | ) | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant ALEX THOMAS LOYA, individually and dba 3ALARM PIZZA DEPT. [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

```
a. Total judgment                        $7,460.00
b. Costs after judgment                  $   -0-
c. Attorneys fees:                       $   -0-
d. Subtotal (add a and b)                $7,460.00
e. Credits after judgment                $   -0-
f. Subtotal (subtract d from c)          $7,460.00
g. Interest after judgment               $1,621.80
```

RENEWAL OF JUDGMENT - CASE NO. CV-03-2286-HLH (RZx)                                                    1

```
h. Fee for filing renewal application        $   -0-
i. Total renewed judgment (add e, 5, and g)  $9,081.80
```

DATED: 06/07/12       CLERK, by  __Lori Muraoka, Deputy Clerk__,
                      Deputy     U.S. District Court

RENEWAL OF JUDGMENT - CASE NO. CV-03-2286-HLH (RZx)