UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALEX THOMAS LOYA, individually and dba 3ALARM PIZZA DEPT., <br><br> Defendant. | CASE NO. CV-03-2286-HLH (RZx) <br><br> RENEWAL OF DEFAULT JUDGMENT <br><br> BY CLERK |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant ALEX THOMAS LOYA, individually and dba 3ALARM PIZZA DEPT. [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

```
a. Total judgment                        $7,460.00
b. Costs after judgment                  $   -0-
c. Attorneys fees:                       $   -0-
d. Subtotal (add a and b)                $7,460.00
e. Credits after judgment                $   -0-
f. Subtotal (subtract d from c)          $7,460.00
g. Interest after judgment               $1,621.80
```

| | | |
|---|---|---|
| h. Fee for filing renewal application | | $ -0- |
| i. **Total renewed judgment** *(add e, 5, and g)* | | $9,081.80 |

DATED: 06/07/12   CLERK, by Deputy   Lori Muraoka, Deputy Clerk
_____,
U.S. District Court